UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION


| | | |
|---|---|---|
| Jestine Perry Evans, | ) | C/A No.: 8:14-cv-4019-TLW-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Jestine Perry Evans brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security, which denied Plaintiff's claims for disability insurance benefits.  (ECF No. 1.)  This matter is before the Court for review of the Report and Recommendation (R&R) filed by United States Magistrate Judge Austin to whom this case was previously assigned pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), DSC.[1]  (ECF No. 21.)  In the R&R, the Magistrate Judge recommends remanding the case to the Commissioner for further administrative action.  The Commissioner filed a notice stating she would not object to the R&R.  (ECF No. 23.)

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's R&R to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that R&R.  28 U.S.C. § 636.  In the absence of objections to the R&R, this Court is not required to give any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] This is the second occasion Plaintiff appealed this matter to this Court, as detailed in the procedural history section of the R&R.  (ECF No. 21, pp. 1-2.)

This Court carefully reviewed the record in this case and the Magistrate Judge's R&R, and notes that the Commissioner filed no objections.  After careful consideration, the Magistrate Judge's R&R is hereby **ACCEPTED.**  For the reasons articulated by the Magistrate Judge, the case is **REMANDED** to the Commissioner for further consideration as described in the R&R.

**IT IS SO ORDERED**.

_s/Terry L. Wooten_
Chief United States District Judge

February 10, 2016
Columbia, South Carolina